# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Willie J. Moore, Jr. | **Repayment Agreement and Order** | No: 5:18-CR-00013-001 |

On February 12, 2020, Willie J. Moore, Jr. was sentenced to 33 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Moore. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on February 12, 2020, I have been ordered to pay a total restitution of $1,000,000.00 and a special assessment of $100.00.

2.  On January 13, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on March 10, 2021. The current balance of my restitution is $999,575.00.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of May, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, Middle District of Georgia, P.O. Box 128, Macon, Georgia 31202-0128, in the amount of not less than $100.00 per month during the term of supervision.

_____  _____
Willie J. Moore, Jr.                                    Date 4/21/22

_____  _____
Thomas Hare, U.S. Probation Officer (ND/GA)     Date 4/21/22

_____  _____
Kevin Abernethy                                         Date 4-25-2022
Assistant U.S. Attorney

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

_____
Tilman E. Self, III
U.S. District Judge

Date 4/26/22